Certificate Number: 05781-TXS-DE-041410111

Bankruptcy Case Number: 26-35690

05781-TXS-DE-041410111

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2026, at 4:01 o'clock PM PDT, Josef Lamell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: September 4, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President